## HUSON *v.* BANK OF COVINGTON.

HINES, J. 1. A direct bill of exceptions to a ruling made pendente lite, which does not assign error upon any final judgment or a judgment which would have been final if rendered as claimed by the plaintiff in error, will not be entertained by this court. *Lyndon v. Georgia Ry. &c. Co.,* 129 *Ga.* 353 (58 S. E. 1047); *Taylor v. Wright,* 132 *Ga.* 586 (64 S. E. 656); *Rorie v. Rorie,* 138 *Ga.* 335 (75 S. E. 138); *Hester v. Mallary &c. Co.,* 142 *Ga.* 320 (82 S. E. 884); *Harms v. Mayor &c. of Savannah,* 145 *Ga.* 728 (89 S. E. 780); *Burkhalter v. Roach,* 145 *Ga.* 834 (90 S. E. 52); *Empire Cotton Oil Co. v. Taylor,* 152 *Ga.* 693 (111 S. E. 35).

2. Where exceptions of law and fact to an auditor's report in an equitable case were filed, and were overruled by the presiding judge, this was not a final judgment. *Prater v. Crawford,* 143 *Ga.* 709 (3) (85 S. E. 829); *Murphy v. District Grand Lodge,* 148 *Ga.* 648 (97 S. E. 858); *Winder L. Co. v. Washington B. Co.,* 149 *Ga.* 215 (99 S. E. 863).

3. In the bill of exceptions in this case the sole exception is to the judgment of the court overruling the defendant's exception of law and fact to the findings of the auditor, and there is no exception to and no assignment of error on the final decree in the case. For this reason the bill of exceptions will be dismissed.

*Writ of error dismissed. All the Justices concur.*

No. 4251. JUNE 12, 1924.

Exceptions to auditor's report. Before Judge Hutcheson. Newton superior court. January 7, 1924.

*H. T. Huson,* pro se.

*C. C. King* and *Spalding, MacDougald & Sibley,* contra.